**In the United States District Court**
**Eastern District of Texas**
**Sherman Division**

FILED-CLERK
U.S. DISTRICT COURT
2011 DEC -2 PM 3:50
TEXAS-EASTERN
BY_____

| | | |
|---|---|---|
| DAVID E. MACK | § § § | |
| vs | § | Cause no. 4:11-cv-757 |
| | § § § | |
| ZWICKER & ASSOCIATES, P.C. et al | § | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, David E. Mack, and hereby informs the court that a settlement of the present matter has been reached between Plaintiff, David E. Mack and all Defendants in this action before the Court. The parties have concluded a settlement agreement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff.

Respectfully Submitted,

_____
David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named parties by first class USPS mail.

Signed December 2, 2011

_____
David E Mack

Ed Walton
Barron, Newburger & Sinsley PLLC
101 Metro Drive, Suite A
Terrell, Texas 75160